PEOPLE v JACKSON. Appeal from Wayne, Joseph G. Rashid, J. Submitted Division 1 January 25, 1972, at Lansing. (Docket No. 11014.) Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R.*

*Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Jane Burgess,* Assistant Defender, for defendant.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION. Defendant was convicted of assault with intent to rob while armed, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.